# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

United States of America
v.

NICHOLAS NOSEGBE

Defendant(s)

Case No. 1:24-MJ-120

**UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 7, 2023__ in the city/county of __Loudoun__ in the __Eastern__ District of __Virigina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2244(b) | Abusive Sexual Contact |

This criminal complaint is based on these facts:

see attached affidavit

☑ Continued on the attached sheet.
Reviewed by AUSA/SAUSA

Yuliana Reyes, Special Assistant United States Attorney
*Printed name and title*

*Complainant's signature*

T. Michael Class Jr., Special Agent, Federal Bureau of Investigations
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__Telephone__ (specify reliable electronic means).

Date: __March 29, 2024__

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2024.03.29 10:47:31 -04'00'

*Judge's signature*

City and state: __Alexandria, Virginia__

Honorable Lindsey R. Vaala, United States Magistrate Judge
*Printed name and title*