JS 45 (01/2008)                                  **FILED UNDER SEAL PURSUANT TO THE E-GOVERNMENT ACT OF 2002**

Criminal Case Cover Sheet            **REDACTED**                              U.S. District Court

**Place of Offense:**                 Under Seal: Yes _X_  No ___    Judge Assigned: _____

City  Aircraft within jurisdiction of Dulles International Airport    Superseding Indictment _____    Criminal Number: _____

County/Parish  Loudoun       Same Defendant _____    New Defendant _X_

                             Magistrate Judge Case Number  1:24-MJ-120     Arraignment Date: _____
                             Search Warrant Case Number  _____
                             R 20/R 40 from District of  _____
                             Related Case Name and No:  _____

**Defendant Information:**
**Juvenile -** Yes ___  No _X_   **FBI #:** _____
**Defendant Name:** Nicholas Nosegbe          **Alias Name(s)** _____
**Address:** XXXXXXXXXX, Dallas, Texas 75243
**Employment:** _____
**Birth date** Xx/xx/1979  **SS#** xxx-xx-3013   **Sex** M **Def Race** ____   **Nationality** ____   **Place of Birth** ____
**Height** ____   **Weight** ____   **Hair** blk   **Eyes** brown   **Scars/Tattoos** _____
**Interpreter:** _X_ No ___ Yes   **List language and/or dialect** ____   **Automobile Description** _____

**Location Status:**
Arrest Date _____
___ Already in Federal Custody as of _____ in _____
___ Already in State Custody     ___ On Pretrial Release    _X_ Not in Custody
_X_ Arrest Warrant Requested     ___ Fugitive              ___ Summons Requested
___ Arrest Warrant Pending       ___ Detention Sought      ___ Bond

**Defense Counsel Information:**
Name: _____              ___ Court Appointed    Counsel conflicted out: _____
Address: _____           ___ Retained
Telephone _____          ___ Public Defender    Federal Public Defender's Office conflicted out:

**U.S. Attorney Information:**
AUSA  Yuliana Reyes    Telephone No: 703-299-3700    Bar # _____

**Complainant Agency, Address & Phone Number  or Person & Title:**
T. Michael Class Jr., Special Agent, Federal Bureau of Investigations

**U.S.C. Citations:**

| | **Code/Section** | **Description of Offense Charged** | **Count(s)** | **Capital/Felony/Misd/Petty** |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 2244(b) | Abusive Sexual Contact | 1 | Felony |
| Set 3 | | | | |

(May be continued on reverse)

**Date:** 3/26/2024          **Signature of AUSA:** _____