IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division



FILED
IN OPEN COURT

APR 24 2024

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NICHOLAS NOSEGBE,<br><br>Defendant. | Case No. 1:24-CR-84<br><br>Count One: 18 U.S.C. §§ 2244(b), and 49 U.S.C. § 46506(1)<br>(Abusive Sexual Contact)<br><br>Count Two: 18 U.S.C. § 113(a)(5) and 49 U.S.C. § 46506(1)<br>(Simple Assault Aboard an Aircraft in Flight) |

**INDICTMENT**
April 2024 Term – at Alexandria, Virginia

Count One
*(Abusive Sexual Contact)*

THE GRAND JURY CHARGES THAT:

On or about December 7, 2023, while aboard Delta Air lines Flight #4163, an aircraft in flight within the special aircraft jurisdiction of the United States, on a nonstop flight from Detroit Metropolitan Airport (DTW) to Washington Dulles International Airport (IAD), within the jurisdiction of the Eastern District of Virginia, the defendant, NICHOLAS NOSEGBE, did, with an intent to arouse and gratify the sexual desire of any person, knowingly and intentionally engage in sexual contact, as defined in Title 18 U.S. Code, Section 2246(3), with V-1 ("Victim-1," an adult female) without her permission; specifically, NICHOLAS NOSEGBE intentionally touched knowingly engage in sexual contact with passenger V-1, an adult female, without her permission; specifically, NICHOLAS NOSEGBE intentionally touched V-1's genitalia, groin, and inner thigh through her clothing.

(In violation of Title 18, United States Code, 2244(b), and Title 49, United States Code, Section 46506(1).)

Count Two
*(Simple Assault Aboard an Aircraft in Flight)*

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 7, 2023, while aboard Delta Air lines Flight #4163, an aircraft in flight within the special aircraft jurisdiction of the United States, on a nonstop flight from Detroit Metropolitan Airport (DTW) to Washington Dulles International Airport (IAD), within the jurisdiction of the Eastern District of Virginia, the defendant, NICHOLAS NOSEGBE did assault Victim-1.

(In violation of Title 18, United States Code, Section 113(a)(5) and Title 49, United States Code, Section 46506(1).)

A TRUE BILL

*Pursuant to the E-Government Act,, The original of this page has been filed under seal in the Clerk's Office*

FOREPERSON

Jessica D. Aber
United States Attorney

By: *Yuliana Reyes*
Yuliana Reyes
Special Assistant United States Attorney
April Russo
Assistant United States Attorney